merits (and therefore not frivolous)." *Id.* at 220 (quotation marks omitted).

Rice has not shown that the district court erred in determining that the only named defendant is absolutely immune from suit. The motion for leave to proceed IFP on appeal is denied. Rice's motion for injunctive relief is denied. The appeal is without arguable merit and is dismissed as frivolous. *See* 5TH CIR. R. 42.2; *Howard,* 707 F.2d at 219–20 (5th Cir.1983).

All motions are DENIED. The appeal is DISMISSED.

**Susan Lee WILTSHIRE, Plaintiff–Appellant,**

v.

**NATIONWIDE INSURANCE COMPANY; Nationwide Mutual Insurance Company, Defendants–Counter Claimants–Appellees,**

**Judith Kristie Smith; Thomas R. Clark, Jr., Counter Defendants–Appellees.**

No. 07–61029.

United States Court of Appeals, Fifth Circuit.

Oct. 10, 2008.

Dale Danks, Jr., Jackson, MS, for Plaintiff–Appellant.

Raymond Harold Brou Fraser, Page, Kruger & Holland, Jackson, MS, for Defendants–Counter Claimants–Appellees.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Before JONES, Chief Judge, and OWEN and SOUTHWICK, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.

**James Allen TERRY, Jr., Plaintiff–Appellee**

v.

**Cornel H. HUBERT, Warden of Elayn Hunt Correctional Center, Defendant–Appellant.**

No. 07–31018.

United States Court of Appeals, Fifth Circuit.

Oct. 10, 2008.

Shapiro & Shapiro, Baton Rouge, LA, Katharine Murphy Schwartzmann, ACLU of Louisiana, New Orleans, LA, for Plaintiff–Appellee.

Michael C. Keller, Office of the Attorney General for the State of Louisiana, New Orleans, LA, for Defendant–Appellant.

Before KING, HIGGINBOTHAM, and WIENER, Circuit Judges.

PER CURIAM: *

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be